ENTER JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR -9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMPERSAND PUBLISHING LLC | Case No. CV-06-6837-R |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| SANTA BARBARA INDEPENDENT, INC. et al, | |
| Defendants. | |

THE COURT having been advised by the counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 45 days, to reopen the action if the settlement is not consummated. The Court reserves its jurisdiction for the purpose of enforcing the settlement.

Dated April 9, 2008

_____
MANUEL L. REAL
United States District Judge